IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

|  |  |  |
|---|---|---|
|  | : | MDL DOCKET NO. 4:03-CV-1507-BRW |
| IN RE: | : |  |
| PREMPRO PRODUCTS LIABILITY | : |  |
| LITIGATION | : | ALL CASES in EXHIBIT A |

**ORDER**

Exhibit A lists cases designated to proceed with case-specific discovery under Practice and Procedure Order 9. Specifically, the parties may take case-specific discovery depositions of the plaintiff(s), spouse(s), treating physician(s),[1] and sales representative(s).[2]

In each case listed in Exhibit A, Plaintiffs are directed to provide Defendants with updated medical authorization[3] within three weeks of the date of this order. Failure to do so may result in dismissal for failure to prosecute.

I expect all parties to cooperate in expeditiously scheduling and taking these PPO-9 depositions. It seems to me that, generally, the PPO-9 discovery should be completed within nine months of the date of this Order. However, when scheduling the depositions, the parties should be careful not to load one firm's wagon with more poles than a mule can pull, *i.e.*, I expect all parties to be reasonable in this regard.

IT IS SO ORDERED this 2nd day of March, 2012.

/s/ Billy Roy Wilson
UNITED STATE DISTRICT COURT

---

[1]This applies to treating physicians who are identified as trial witnesses by any party under the transferor court procedures. Treating physicians include prescribers.

[2]With regard to depositions of sales representatives or district sales managers, Plaintiffs may take only one general deposition of each such person.

[3]The Medical Authorization Form can be found at Doc. No. 2007-3 in *In re Prempro*, 4:03-CV-001507.

1

EXHIBIT A

4:04-cv-01717-BRW   Simmons, et al v. Wyeth Inc, et al
4:04-cv-01736-BRW   Lair, et al v. Wyeth Inc, et al
4:04-cv-01744-BRW   Emery, et al v. Wyeth Inc, et al
4:04-cv-01742-BRW   Abernathy, et al v. Wyeth Inc, et al
4:04-cv-01749-BRW   Martlew v. Wyeth Inc, et al

4:04-cv-01751-BRW   Simmons v. Wyeth Inc, et al
4:04-cv-01767-BRW   Stalls v. Wyeth Inc, et al
4:04-cv-01790-BRW   Peterson, et al v. Wyeth Inc, et al
4:04-cv-01805-BRW   Cottrell v. Wyeth Inc, et al
4:04-cv-01811-BRW   Carrozzella v. Wyeth Inc, et al

4:04-cv-01812-BRW   Dietrich, et al v. Wyeth Inc, et al
4:04-cv-01818-BRW   Bennett v. Wyeth Inc, et al
4:04-cv-01828-BRW   Gerow v. Wyeth Inc, et al
4:04-cv-01831-BRW   Terry, et al v. Wyeth Inc, et al
4:04-cv-01837-BRW   Jones v. Wyeth Inc, et al

4:04-cv-01839-BRW   Fischer v. Wyeth Inc, et al
4:04-cv-01840-BRW   Blake v. Wyeth Inc, et al
4:04-cv-01844-BRW   Broyles v. Wyeth Inc, et al
4:04-cv-01852-BRW   Shookman v. Wyeth Inc, et al
4:04-cv-01869-BRW   Parrish, et al v. Wyeth Inc, et al

4:04-cv-01872-BRW   Jaeger v. Wyeth Inc, et al
4:04-cv-01897-BRW   Foley v. Wyeth Inc, et al
4:04-cv-01902-BRW   Acker v. Wyeth Inc, et al
4:04-cv-01905-BRW   Wadler v. Wyeth Inc, et al
4:04-cv-01910-BRW   Johnson, et al v. Wyeth Inc, et al

4:04-cv-01912-BRW   Hendrickson v. Wyeth Inc, et al
4:04-cv-01918-BRW   Ashner, et al v. Wyeth Inc, et al
4:04-cv-01922-BRW   Skaggs, et al v. Wyeth Inc, et al
4:04-cv-01933-BRW   Allen, et al v. Wyeth Inc, et al
4:04-cv-01940-BRW   Ballauer, et al v. Wyeth Inc, et al

4:04-cv-01946-BRW   Turner, et al v. Wyeth Inc, et al
4:04-cv-01947-BRW   Dillman, et al v. Wyeth Inc, et al
4:04-cv-01951-BRW   Pierce, et al v. Wyeth Inc, et al
4:04-cv-01956-BRW   Stowers v. Wyeth Inc, et al
4:04-cv-01957-BRW   Guffey, et al v. Wyeth Inc, et al

4:04-cv-02248-BRW   Hulsey, et al v. Wyeth, et al
4:05-cv-00091-BRW   Israel v. Wyeth, et al
4:05-cv-00355-BRW   Ragsdale, et al v. Wyeth Inc, et al
4:05-cv-00741-BRW   Pursel, et al v. Wyeth Pharmaceutical, et al
4:05-cv-00966-BRW   Sarmiento et al v. Wyeth Pharmaceuticals Inc et al

4:05-cv-00968-BRW   Guida et al v. Wyeth Pharmaceuticals Inc et al
4:05-cv-00971-BRW   De Vos et al v. Wyeth Pharmaceuticals Inc et al
4:05-cv-00973-BRW   Bellingham et al v. Wyeth Pharmaceuticals Inc et al
4:05-cv-00975-BRW   Lawrence v. Wyeth Pharmaceuticals Inc et al
4:05-cv-00976-BRW   Pierre et al v. Wyeth Pharmaceuticals Inc et al

4:05-cv-00977-BRW   Campus et al v. Wyeth Pharmaceuticals Inc et al
4:05-cv-00995-BRW   Hirsch v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01009-BRW   Draski et al v. Wyeth et al
4:05-cv-01021-BRW   Meilinger et al v. Wyeth Inc et al
4:05-cv-01146-BRW   McKesson et al v. Wyeth Inc et al

4:05-cv-01147-BRW   Hensley et al v. Wyeth Inc et al
4:05-cv-01148-BRW   Windsor et al v. Wyeth Inc et al
4:05-cv-01151-BRW   Rosso et al v. Wyeth Inc et al
4:05-cv-01152-BRW   Smitley et al v. Wyeth Inc et al
4:05-cv-01155-BRW   Barsom et al v. Wyeth Inc et al

4:05-cv-01157-BRW   Hall et al v. Wyeth Inc et al
4:05-cv-01160-BRW   Carroway v. Wyeth Inc et al
4:05-cv-01162-BRW   Scheid et al v. Wyeth Inc et al
4:05-cv-01164-BRW   Wynn et al v. Wyeth Inc et al
4:05-cv-01166-BRW   Dewitt v. Wyeth Inc et al

4:05-cv-01168-BRW   Allman et al v. Wyeth Inc et al
4:05-cv-01173-BRW   Vargo v. Wyeth Inc et al
4:05-cv-01247-BRW   Porter et al v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01255-BRW   Towle v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01257-BRW   Haigler et al v. Wyeth Inc et al

4:05-cv-01259-BRW   Evin v. Wyeth Inc et al
4:05-cv-01376-BRW   Rymer v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01401-BRW   Reed v. Pfizer Inc et al
4:05-cv-01403-BRW   Arko et al v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01423-BRW   Shreve v. Wyeth Pharmaceuticals Inc et al

4:05-cv-01425-BRW   Franklin v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01426-BRW   Holden et al v. Pfizer Inc et al
4:05-cv-01427-BRW   Wilkerson et al v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01428-BRW   Fudally et al v. Wyeth et al
4:05-cv-01432-BRW   Boonstra v. Wyeth et al

4:05-cv-01449-BRW   Gardner et al v. Wyeth et al
4:05-cv-01457-BRW   Lamb v. Wyeth Inc et al
4:05-cv-01458-BRW   Lake v. Wyeth Inc et al
4:05-cv-01459-BRW   Lemon v. Wyeth Inc et al
4:05-cv-01460-BRW   Von Nostitz v. Wyeth Inc et al

4:05-cv-01461-BRW   Stewart v. Wyeth Inc et al
4:05-cv-01462-BRW   Steinbuch et al v. Wyeth Inc et al
4:05-cv-01463-BRW   Sanford et al v. Wyeth et al
4:05-cv-01464-BRW   Lewis v. Wyeth et al
4:05-cv-01467-BRW   Huff et al v. Wyeth Inc et al

4:05-cv-01468-BRW   Huff et al v. Wyeth Inc et al
4:05-cv-01469-BRW   Hamlin et al v. Wyeth Inc et al
4:05-cv-01487-BRW   Lick et al v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01553-BRW   Slavik v. Wyeth Inc et al
4:05-cv-01534-BRW   Edwards et al v. Wyeth et al

4:05-cv-01566-BRW   Smith et al v. Wyeth Inc et al
4:05-cv-01567-BRW   Thompson et al v. Wyeth Inc et al
4:05-cv-01572-BRW   Shinton et al v. Wyeth Inc et al
4:05-cv-01576-BRW   Penrod v. Wyeth Inc et al
4:05-cv-01577-BRW   Spielman et al v. Wyeth Inc et al

4:05-cv-01578-BRW   Whitley v. Wyeth Inc et al
4:05-cv-01593-BRW   Reece v. Wyeth Inc et al
4:05-cv-01594-BRW   Beebe et al v. Wyeth et al
4:05-cv-01596-BRW   Abbott v. Wyeth Inc et al
4:05-cv-01597-BRW   Combs et al v. Wyeth Inc et al

4:05-cv-01598-BRW   Schouweiler v. Pharmacia & Upjohn Co.et al
4:05-cv-01600-BRW   Morgan v. Wyeth Inc et al
4:05-cv-01601-BRW   Littrell et al v. Wyeth Inc et al
4:05-cv-01605-BRW   Pogue v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01642-BRW   Bailey et al v. Wyeth Inc et al

4:05-cv-01647-BRW   Snopel et al v. Wyeth Inc et al
4:05-cv-01695-BRW   Andrade v. Wyeth Inc et al
4:05-cv-01699-BRW   Quillen v. Wyeth Inc et al
4:05-cv-01738-BRW   Morin v. Wyeth Inc et al
4:05-cv-01741-BRW   Clemens v. Wyeth Inc et al

4:05-cv-01762-BRW   Finnegan et al v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01779-BRW   Fallick et al v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01785-BRW   Huffman v. Wyeth Inc et al
4:05-cv-01791-BRW   Smith et al v. Wyeth Inc et al
4:05-cv-01796-BRW   Streible et al v. Wyeth et al

4:05-cv-01801-BRW   Tanner v. Wyeth
4:05-cv-01826-BRW   Bacha v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01862-BRW   Horgan v. Wyeth Inc et al
4:05-cv-01890-BRW   Wells v. Wyeth et al
4:05-cv-01891-BRW   Litteer et al v. Wyeth, et al

```
4:05-cv-01897-BRW    Hoen v. Wyeth et al
4:05-cv-01925-BRW    Williams v. Wyeth Inc et al
4:05-cv-01933-BRW    Engstrom et al v. Wyeth Inc et al
4:05-cv-01935-BRW    Stevenson v. Wyeth Inc et al
4:05-cv-01936-BRW    Cignotti v. Pharmacia & Upjohn Company LLC et al

4:06-cv-00017-BRW    Hughes v. Wyeth Inc et al
4:06-cv-00024-BRW    Salois v. Wyeth Inc et al
4:06-cv-00028-BRW    Stewart et al v. Wyeth Inc et al
4:06-cv-00044-BRW    Schmid et al v. Wyeth Inc et al
4:06-cv-00049-BRW    Johnson et al v. Wyeth et al

4:06-cv-00052-BRW    Kern et al v. Wyeth et al
4:06-cv-00054-BRW    Grimme et al v. Wyeth Inc et al
4:06-cv-00064-BRW    Norwood et al v. Wyeth et al
4:06-cv-00065-BRW    Hughes et al v. Wyeth et al
4:06-cv-00066-BRW    Mattison et al v. Wyeth et al

4:06-cv-00067-BRW    Brous et al v. Wyeth et al
4:06-cv-00102-BRW    Conza v. Wyeth Inc et al
4:06-cv-00103-BRW    O'Toole v. Wyeth et al
4:06-cv-00120-BRW    Roffman et al v. Wyeth et al
4:06-cv-00138-BRW    Truelsen v. Wyeth Inc et al

4:06-cv-00145-BRW    Fruchtl et al v. Wyeth Inc et al
4:06-cv-00148-BRW    Watson et al v. Wyeth Inc et al
4:06-cv-00149-BRW    Minschew v. Wyeth et al
4:06-cv-00154-BRW    Sochan et al v. Wyeth et al
4:06-cv-00161-BRW    Spivey et al v. Wyeth Inc et al

4:06-cv-00173-BRW    Hart et al v. Wyeth Inc et al
4:06-cv-00184-BRW    Vossler et al v. Wyeth Inc et al
4:06-cv-00207-BRW    Pow et al v. Wyeth et al
4:06-cv-00222-BRW    Miller v. Wyeth et al
4:06-cv-00230-BRW    Chomar v. Wyeth Inc et al

4:06-cv-00232-BRW    Barrett v. Wyeth Inc et al
4:06-cv-00246-BRW    White v. Wyeth et al
4:06-cv-00271-BRW    Purcell et al v. Wyeth et al
4:06-cv-00278-BRW    Witcher et al v. Wyeth et al
4:06-cv-00301-BRW    Didier et al v. Wyeth Inc et al

4:06-cv-00303-BRW    Clark v. Wyeth et al
4:06-cv-00304-BRW    Campbell et al v. Wyeth Inc et al
4:06-cv-00306-BRW    Myles et al v. Wyeth Inc et al
4:06-cv-00308-BRW    Fallman v. Wyeth et al
4:06-cv-00309-BRW    Coppock v. Wyeth et al
```

```
4:06-cv-00310-BRW   White v. Wyeth et al
4:06-cv-00312-BRW   Peterson v. Wyeth et al
4:06-cv-00313-BRW   Hood v. Wyeth Inc et al
4:06-cv-00329-BRW   Stafford v. Wyeth et al
4:06-cv-00347-BRW   Reed v. Wyeth Inc et al

4:06-cv-00388-BRW   Langston et al v. Wyeth Inc et al
4:06-cv-00404-BRW   Fox v. Wyeth et al
4:06-cv-00410-BRW   Telsey et al v. Wyeth et al
4:06-cv-00421-BRW   Valyou v. Bristol-Myers Squibb Company et al
4:06-cv-00429-BRW   Doering v. Wyeth

4:06-cv-00431-BRW   Johnson v. Wyeth et al
4:06-cv-00436-BRW   Hogan v. Wyeth et al
4:06-cv-00440-BRW   Morrell v. Wyeth et al
4:06-cv-00456-BRW   Neal v. Wyeth et al
4:06-cv-00457-BRW   Dolan et al v. Wyeth et al

4:06-cv-00458-BRW   Dollar v. Wyeth et al
4:06-cv-00463-BRW   Lenart v. Wyeth et al
4:06-cv-00469-BRW   Lafferty v. Wyeth et al
4:06-cv-00479-BRW   Carpenter et al v. Wyeth et al
4:06-cv-00482-BRW   Rigsby v. Wyeth Inc et al

4:06-cv-00483-BRW   Romano v. Wyeth Inc et al
4:06-cv-00484-BRW   Kaminiski v. Wyeth Inc et al
4:06-cv-00492-BRW   Latchman v. Wyeth Inc et al
4:06-cv-00516-BRW   Levin v. Wyeth Inc et al
4:06-cv-00522-BRW   Jones v. Wyeth et al

4:06-cv-00528-BRW   Thurman et al v. Wyeth et al
4:06-cv-00529-BRW   Stevens v. Pharmacia & Upjohn Company LLC et al
4:06-cv-00533-BRW   Pendley v. Wyeth et al
4:06-cv-00539-BRW   Gunter et al v. Wyeth et al
4:06-cv-00557-BRW   Hayman v. Wyeth Inc et al

4:06-cv-00559-BRW   Dunn et al v. Wyeth et al
4:06-cv-00560-BRW   Linville v. Wyeth et al
4:06-cv-00562-BRW   Chakerian v. Wyeth et al
4:06-cv-00563-BRW   Weiss v. Wyeth et al
4:06-cv-00571-BRW   Bohlen v. Wyeth Inc et al

4:06-cv-00579-BRW   Lewis v. Wyeth Inc et al
4:06-cv-00584-BRW   King v. Wyeth et al
4:06-cv-00586-BRW   Larrick et al v. Wyeth et al
4:06-cv-00596-BRW   Elich v. Wyeth et al
4:06-cv-00621-BRW   Bowman v. Wyeth et al
```

4:06-cv-00625-BRW   Falcone et al v. Wyeth et al
4:06-cv-00626-BRW   Ryan et al v. Wyeth et al
4:06-cv-00631-BRW   Handshy et al v. Wyeth et al
4:06-cv-00634-BRW   Bowers et al v. Wyeth et al
4:06-cv-00637-BRW   Borne et al v. Wyeth Pharmaceuticals Inc

4:06-cv-00639-BRW   West et al v. Wyeth et al
4:06-cv-00640-BRW   Moritz v. Wyeth et al
4:06-cv-00642-BRW   Anderson et al v. Wyeth et al
4:06-cv-00643-BRW   Beatty et al v. Wyeth et al
4:06-cv-00644-BRW   Groh et al v. Wyeth et al

4:06-cv-00648-BRW   Troy v. Wyeth et al
4:06-cv-00650-BRW   Jackson v. Wyeth et al
4:06-cv-00651-BRW   Starnes v. Wyeth et al
4:06-cv-00686-BRW   Hunter v. Wyeth et al
4:06-cv-00691-BRW   Robinson v. Wyeth et al

4:06-cv-00693-BRW   Schexnayder v. Wyeth et al
4:06-cv-00694-BRW   Przybysz v. Wyeth et al
4:06-cv-00698-BRW   Eiseland et al v. Novartis Inc et al
4:06-cv-00699-BRW   Gillette et al v. Wyeth et al
4:06-cv-00700-BRW   Gray et al v. Wyeth et al

4:06-cv-00701-BRW   Miles et al v. Wyeth et al
4:06-cv-00703-BRW   Casteel v. Wyeth et al
4:06-cv-00705-BRW   Harvey v. Wyeth et al
4:06-cv-00706-BRW   Morgan v. Wyeth et al
4:06-cv-00707-BRW   Mercer v. Wyeth et al

4:06-cv-00708-BRW   Brown v. Wyeth et al
4:06-cv-00711-BRW   Fairbairn v. Wyeth et al
4:06-cv-00713-BRW   Glahn v. Wyeth et al
4:06-cv-00724-BRW   Harrison v. Wyeth et al
4:06-cv-00725-BRW   Moody v. Wyeth et al

4:06-cv-00734-BRW   Baker v. Wyeth et al
4:06-cv-00744-BRW   Myers et al v. Wyeth Inc et al
4:06-cv-00745-BRW   Schons v. Wyeth et al
4:06-cv-00766-BRW   Kibat v. Wyeth et al
4:06-cv-00767-BRW   Grosor v. Wyeth et al

4:06-cv-00768-BRW   Hagen v. Wyeth Inc et al
4:06-cv-00775-BRW   Taylor v. Wyeth et al
4:06-cv-00778-BRW   Jones et al v. Wyeth Inc et al
4:06-cv-00785-BRW   Pedicone v. Wyeth et al
4:06-cv-00786-BRW   Behnke et al v. Wyeth Inc et al

4:06-cv-00790-BRW   Ulmen v. Wyeth et al
4:06-cv-00791-BRW   Newland v. Wyeth et al
4:06-cv-00792-BRW   Hart et al v. Wyeth Inc et al
4:06-cv-00794-BRW   Easley v. Wyeth et al
4:06-cv-00795-BRW   Hodge v. Wyeth et al

4:06-cv-00796-BRW   Klauck v. Wyeth et al
4:06-cv-00798-BRW   Patterson v. Wyeth et al
4:06-cv-00799-BRW   Massey et al v. Wyeth et al
4:06-cv-00802-BRW   Hughes et al v. Wyeth et al
4:06-cv-00804-BRW   Laines v. Wyeth et al

4:06-cv-00808-BRW   Raterman v. Wyeth Inc et al
4:06-cv-00813-BRW   Zachow et al v. Wyeth Inc et al
4:06-cv-00814-BRW   Jones v. Wyeth Inc et al
4:06-cv-00823-BRW   Reingold v. Wyeth et al
4:06-cv-00824-BRW   Crittenden v. Wyeth et al

4:06-cv-00840-BRW   Peoples v. Wyeth et al
4:06-cv-00852-BRW   Bradley et al v. Wyeth et al
4:06-cv-00854-BRW   Johnson et al v. Wyeth Inc et al
4:06-cv-00855-BRW   Bailey v. Pfizer Inc et al
4:06-cv-00859-BRW   Whitman v. Wyeth et al

4:06-cv-00875-BRW   Turner v. Wyeth et al
4:06-cv-00885-BRW   Townsend v. Wyeth et al
4:06-cv-00888-BRW   Elliott v. Wyeth et al
4:06-cv-00889-BRW   Hare v. Wyeth et al
4:06-cv-00890-BRW   Olive v. Wyeth et al

4:06-cv-00891-BRW   Hayes v. Wyeth et al
4:06-cv-00894-BRW   Wadkins v. Wyeth et al
4:06-cv-00895-BRW   Portrey v. Wyeth et al
4:06-cv-00896-BRW   Branton v. Wyeth et al
4:06-cv-00897-BRW   McKay v. Wyeth et al

4:06-cv-00901-BRW   Robbins v. Wyeth Inc et al
4:06-cv-00902-BRW   Frazier v. Wyeth et al
4:06-cv-00905-BRW   Gustin v. Wyeth et al
4:06-cv-00906-BRW   Mueller v. Wyeth et al
4:06-cv-00907-BRW   Bjornson et al v. Pharmacia & Upjohn Co. LLC et al

4:06-cv-00913-BRW   Long v. Wyeth et al
4:06-cv-00917-BRW   Leseberg et al v. Wyeth et al
4:06-cv-00934-BRW   Schmitt v. Wyeth et al
4:06-cv-00935-BRW   Zaleski v. Wyeth Inc et al
4:06-cv-00939-BRW   Huddleston v. Wyeth et al

4:06-cv-00950-BRW Morgan v. Wyeth et al
4:06-cv-00955-BRW Dunkhas et al v. Wyeth et al
4:06-cv-00956-BRW St John et al v. Wyeth et al
4:06-cv-00958-BRW Griffin v. Wyeth et al
4:06-cv-00964-BRW Meade v. Wyeth

4:06-cv-00969-BRW Ennis v. Wyeth et al
4:06-cv-00971-BRW Howard v. Wyeth et al
4:06-cv-00972-BRW Cook v. Wyeth et al
4:06-cv-00973-BRW Labelle v. Wyeth et al
4:06-cv-00974-BRW Wright v. Wyeth et al

4:06-cv-00976-BRW Pyle v. Wyeth et al
4:06-cv-00978-BRW Storch v. Wyeth et al
4:06-cv-00979-BRW Ray v. Wyeth et al
4:06-cv-00984-BRW Irwin v. Wyeth et al
4:06-cv-00991-BRW Fonseca v. Wyeth et al

4:06-cv-00992-BRW Burns v. Wyeth et al
4:06-cv-01016-BRW Dold et al v. Wyeth et al
4:06-cv-01020-BRW Malmstrom v. Wyeth et al
4:06-cv-01024-BRW Ritchie v. Wyeth et al
4:06-cv-01030-BRW Downs-Breo et al v. Wyeth et al

4:06-cv-01033-BRW Armstrong v. Wyeth et al
4:06-cv-01040-BRW Fields v. Wyeth et al
4:06-cv-01041-BRW Watson v. Wyeth et al
4:06-cv-01042-BRW Smith v. Wyeth et al
4:06-cv-01043-BRW Samples v. Wyeth et al

4:06-cv-01044-BRW Adkisson v. Wyeth et al
4:06-cv-01050-BRW Klocek v. Wyeth et al
4:06-cv-01052-BRW Pepperdine v. Wyeth et al
4:06-cv-01058-BRW Bloodgood v. Wyeth et al
4:06-cv-01059-BRW Thebeau v. Wyeth, et al

4:06-cv-01060-BRW Dorsett v. Wyeth et al
4:06-cv-01062-BRW Gray v. Wyeth et al
4:06-cv-01064-BRW Worley v. Wyeth et al
4:06-cv-01065-BRW Roach v. Wyeth et al
4:06-cv-01067-BRW Newhouse v. Wyeth et al

4:06-cv-01068-BRW Baker v. Wyeth et al
4:06-cv-01070-BRW Schmick v. Wyeth et al
4:06-cv-01071-BRW Gant v. Wyeth et al
4:06-cv-01072-BRW Hawemann v. Wyeth et al
4:06-cv-01075-BRW Ross v. Wyeth Inc et al

4:06-cv-01080-BRW   Nelson et al v. Wyeth et al
4:06-cv-01081-BRW   Baker v. Wyeth et al
4:06-cv-01086-BRW   Campbell v. Wyeth et al
4:06-cv-01092-BRW   Ghorley v. Wyeth et al
4:06-cv-01093-BRW   Pannell v. Wyeth et al

4:06-cv-01096-BRW   Lawrence et al v. Wyeth et al
4:06-cv-01109-BRW   Anderson v. Pfizer Inc et al
4:06-cv-01110-BRW   Hill v. Wyeth et al
4:06-cv-01118-BRW   Gavino v. Wyeth et al
4:06-cv-01121-BRW   Frandsen v. Wyeth et al

4:06-cv-01124-BRW   Williams v. Wyeth et al
4:06-cv-01126-BRW   Hatcher v. Wyeth et al
4:06-cv-01128-BRW   Furber v. Wyeth et al
4:06-cv-01129-BRW   Edris v. Wyeth et al
4:06-cv-01131-BRW   Hickman-Claytor v. Wyeth et al

4:06-cv-01143-BRW   Paradis v. Wyeth et al
4:06-cv-01145-BRW   Morris et al v. Wyeth et al
4:06-cv-01163-BRW   Burgett v. Wyeth et al
4:06-cv-01164-BRW   Rodriguez v. Wyeth Inc et al
4:06-cv-01168-BRW   Jones et al v. Wyeth et al

4:06-cv-01169-BRW   Bickel et al v. Wyeth et al
4:06-cv-01171-BRW   Merwin et al v. Wyeth et al
4:06-cv-01172-BRW   Taylor v. Wyeth et al
4:06-cv-01176-BRW   Thrift v. Wyeth et al
4:06-cv-01181-BRW   Billeau et al v. Wyeth et al

4:06-cv-01182-BRW   Boelk et al v. Wyeth et al
4:06-cv-01183-BRW   Flores et al v. Wyeth et al
4:06-cv-01191-BRW   Bross v. Wyeth et al
4:06-cv-01199-BRW   Ulmer v. Wyeth et al
4:06-cv-01206-BRW   Wilson v. Wyeth et al

4:06-cv-01207-BRW   Pritchett et al v. Wyeth et al
4:06-cv-01208-BRW   George et al v. Wyeth et al
4:06-cv-01210-BRW   Seaton et al v. Wyeth et al
4:06-cv-01213-BRW   Johnson v. Wyeth et al
4:06-cv-01216-BRW   Grindle et al v. Wyeth et al

4:06-cv-01218-BRW   Garcia et al v. Wyeth et al
4:06-cv-01221-BRW   Brege v. Wyeth et al
4:06-cv-01226-BRW   Baena et al v. Wyeth et al
4:06-cv-01229-BRW   Weston et al v. Wyeth et al
4:06-cv-01230-BRW   Walrod v. Wyeth et al

```
4:06-cv-01232-BRW    Sellepack v. Wyeth et al
4:06-cv-01234-BRW    Roe v. Wyeth et al
4:06-cv-01235-BRW    Roberts v. Wyeth et al
4:06-cv-01236-BRW    Patten v. Wyeth et al
4:06-cv-01237-BRW    Mullins et al v. Wyeth et al

4:06-cv-01239-BRW    Melendez v. Wyeth et al
4:06-cv-01240-BRW    Morgan et al v. Wyeth et al
4:06-cv-01242-BRW    Long et al v. Wyeth et al
4:06-cv-01243-BRW    Killian et al v. Wyeth et al
4:06-cv-01244-BRW    Carll v. Wyeth et al

4:06-cv-01245-BRW    Ayers v. Wyeth et al
4:06-cv-01246-BRW    Mancini v. Wyeth et al
4:06-cv-01247-BRW    Ferguson et al v. Wyeth et al
4:06-cv-01248-BRW    Kennedy et al v. Wyeth et al
4:06-cv-01249-BRW    Hamm v. Wyeth et al

4:06-cv-01251-BRW    McClellan v. Wyeth et al
4:06-cv-01253-BRW    O'Neil v. Wyeth et al
4:06-cv-01258-BRW    Rubin-Finn v. Wyeth et al
4:06-cv-01261-BRW    Stamper et al v. Wyeth et al
4:06-cv-01275-BRW    Jansky v. Wyeth et al

4:06-cv-01277-BRW    Dewey v. Wyeth et al
4:06-cv-01281-BRW    Shay v. Wyeth et al
4:06-cv-01283-BRW    Lykins et al v. Wyeth Inc et al
4:06-cv-01285-BRW    Lantz et al v. Wyeth et al
4:06-cv-01355-BRW    Dane v. Wyeth Inc et al

4:06-cv-01360-BRW    Blevins et al v. Wyeth et al
4:06-cv-01361-BRW    Heleniak et al v. Pfizer Inc et al
4:06-cv-01367-BRW    Darby et al v. Wyeth et al
4:06-cv-01371-BRW    Allen-Honeycutt et al v. Wyeth et al
4:06-cv-01377-BRW    Kruse et al v. Wyeth et al

4:06-cv-01389-BRW    Martin v. Wyeth Inc et al
4:06-cv-01404-BRW    Kaiser et al v. Wyeth Inc et al
4:06-cv-01406-BRW    Acard v. Wyeth et al
4:06-cv-01416-BRW    Lonkani v. Wyeth Inc et al
4:06-cv-01420-BRW    Scherer et al v. Wyeth et al

4:06-cv-01422-BRW    Newman et al v. Wyeth et al
4:06-cv-01424-BRW    Keith v. Wyeth et al
4:06-cv-01454-BRW    Brown et al v. Wyeth Inc et al
4:06-cv-01504-BRW    Aguayo et al v. Wyeth et al
4:06-cv-01518-BRW    Henry v. Pfizer Inc et al
```

```
4:06-cv-01521-BRW    Galloway v. Wyeth et al
4:06-cv-01544-BRW    Romel v. Wyeth et al
4:06-cv-01549-BRW    Baurmash v. Wyeth Inc et al
4:06-cv-01552-BRW    Dougherty v. Wyeth Inc et al
4:06-cv-01554-BRW    Wilson v. Wyeth Inc et al

4:06-cv-01602-BRW    Rister v. Wyeth Inc et al
4:06-cv-01655-BRW    Groethe v. Wyeth et al
4:06-cv-01681-BRW    Ippolito v. Wyeth Inc et al
4:06-cv-01684-BRW    Williams v. Wyeth Inc et al
4:06-cv-01698-BRW    McCandless v. Wyeth et al

4:07-cv-00001-BRW    Addis et al v. Wyeth Inc et al
4:07-cv-00078-BRW    Gattuso v. Wyeth Inc et al
4:07-cv-00096-BRW    Collins v. Wyeth et al
4:07-cv-00104-BRW    Arnold v. Wyeth et al
4:07-cv-00105-BRW    Cox v. Wyeth et al

4:07-cv-00108-BRW    Fuentes v. Wyeth Inc et al
4:07-cv-00115-BRW    Nickence v. Wyeth Inc et al
4:07-cv-00125-BRW    Cook et al v. Wyeth et al
4:07-cv-00127-BRW    Becker v. Wyeth et al
4:07-cv-00128-BRW    Doctors v. Wyeth et al

4:07-cv-00167-BRW    Miller v. Wyeth
4:07-cv-00168-BRW    Gabriel v. Wyeth
4:07-cv-00169-BRW    Llana v. Wyeth et al
4:07-cv-00170-BRW    Godwin v. Wyeth et al
4:07-cv-00182-BRW    Howard v. Wyeth et al

4:07-cv-00188-BRW    Vara et al v. Wyeth et al
4:07-cv-00190-BRW    Podesta v. Wyeth et al
4:07-cv-00226-BRW    Martinez v. Wyeth et al
4:07-cv-00230-BRW    Read v. Wyeth et al
4:07-cv-00248-BRW    Lawson v. Wyeth et al

4:07-cv-00293-BRW    Fegley v. Wyeth et al
4:07-cv-00295-BRW    Infinger et al v. Wyeth Inc et al
4:07-cv-00313-BRW    Fitzner v. Wyeth et al
4:07-cv-00322-BRW    Moe v. Wyeth et al
4:07-cv-00325-BRW    Mullins et al v. Wyeth et al

4:07-cv-00336-BRW    Gilley v. Wyeth et al
4:07-cv-00431-BRW    Keane et al v. Pfizer Inc et al
4:07-cv-00456-BRW    Marshall v. Wyeth et al
4:07-cv-00465-BRW    Wagner v. Wyeth et al
4:07-cv-00466-BRW    Swanson v. Wyeth et al
```

```
4:07-cv-00468-BRW   Kaplan v. Wyeth et al
4:07-cv-00474-BRW   Calabro v. Wyeth et al
4:07-cv-00480-BRW   Rhodes v. Wyeth Inc
4:07-cv-00496-BRW   Berns v. Wyeth Inc et al
4:07-cv-00499-BRW   Mims et al v. Wyeth Pharmaceuticals Inc

4:07-cv-00500-BRW   Gardner v. Wyeth Pharmaceuticals Inc
4:07-cv-00513-BRW   Bernardo v. Wyeth et al
4:07-cv-00544-BRW   Basham v. Wyeth et al
4:07-cv-00547-BRW   Saucier et al v. Wyeth Inc et al
4:07-cv-00552-BRW   VanTassal v. Wyeth et al

4:07-cv-00560-BRW   Kimbrough v. Wyeth et al
4:07-cv-00578-BRW   Riley v. Wyeth et al
4:07-cv-00579-BRW   Soukkala v. Wyeth et al
4:07-cv-00581-BRW   Lightner v. Wyeth et al
4:07-cv-00597-BRW   Wright v. Wyeth et al

4:07-cv-00599-BRW   McKinney v. Wyeth et al
4:07-cv-00650-BRW   Greenberg v. Wyeth
4:07-cv-00724-BRW   Meredith et al v. Wyeth
4:07-cv-00735-BRW   Inwood v. Wyeth Inc et al
4:07-cv-00736-BRW   Edmundson et al v. Wyeth et al

4:07-cv-00738-BRW   Feldman v. Wyeth Inc et al
4:07-cv-01071-BRW   Hoffman v. Wyeth et al
4:07-cv-01072-BRW   Henderson et al v. Wyeth Inc et al
4:07-cv-01082-BRW   Pace v. Wyeth et al
4:07-cv-01085-BRW   Patterson v. Wyeth et al

4:07-cv-01094-BRW   Mumme et al v. Wyeth Inc et al
4:07-cv-01121-BRW   Kendall v. Pharmacia & Upjohn Company et al
4:07-cv-01122-BRW   Johnston v. Wyeth et al
4:07-cv-01126-BRW   Neilson v. Wyeth et al
4:07-cv-01127-BRW   Poto v. Wyeth et al

4:07-cv-01128-BRW   Shippen v. Wyeth et al
4:07-cv-01137-BRW   Singer v. Wyeth et al
4:07-cv-01140-BRW   Thompson v. Wyeth et al
4:07-cv-01141-BRW   Pulley v. Wyeth et al
4:07-cv-01145-BRW   Ward v. Wyeth et al

4:07-cv-01197-BRW   Harding et al v. Wyeth Inc et al
4:07-cv-01201-BRW   Bailey v. Wyeth et al
4:07-cv-01205-BRW   Carruth v. Wyeth et al
4:08-cv-00009-BRW   Johnson et al v. Wyeth et al
4:08-cv-00029-BRW   Hesch et al v. Wyeth Inc et al
```

4:08-cv-00038-BRW   Ranallo v. Wyeth et al
4:08-cv-00045-BRW   Mongeon v. Wyeth et al
4:08-cv-00054-BRW   Asbury v. Wyeth et al
4:08-cv-00055-BRW   D'Andrea v. Wyeth et al
4:08-cv-00063-BRW   McCall v. Wyeth Inc et al

4:08-cv-00080-BRW   Fitzgerald et al v. Pfizer Inc et al
4:08-cv-00103-BRW   Rutledge v. Wyeth et al
4:08-cv-00113-BRW   Gaw v. Wyeth et al
4:08-cv-00125-BRW   Shows v. Wyeth Pharmaceuticals Inc
4:08-cv-00129-BRW   Beier v. Wyeth et al

4:08-cv-00135-BRW   Marsa v. Wyeth et al
4:08-cv-00173-BRW   Wilkerson v. Wyeth et al
4:08-cv-00177-BRW   Willis v. Wyeth et al
4:08-cv-00178-BRW   McGinn et al v. Wyeth Inc et al
4:08-cv-00182-BRW   Mink v. Wyeth Inc et al

4:08-cv-00186-BRW   Pecci v. Wyeth et al
4:08-cv-00192-BRW   Illingsworth v. Wyeth Inc et al
4:08-cv-00203-BRW   Pellack v. Wyeth Pharmaceuticals Inc
4:08-cv-00237-BRW   Hunt et al v. Wyeth Inc et al
4:08-cv-00239-BRW   Dake v. Pfizer Inc et al

4:08-cv-00248-BRW   Cottrell v. Wyeth et al
4:08-cv-00251-BRW   Colledge et al v. Wyeth Inc et al
4:08-cv-00252-BRW   Garfinkle v. Wyeth et al
4:08-cv-00256-BRW   Singleton v. Wyeth et al
4:08-cv-00258-BRW   Johnson et al v. Wyeth Inc et al

4:08-cv-00259-BRW   Tucker v. Wyeth et al
4:08-cv-00263-BRW   Rieder et al v. Wyeth Inc et al
4:08-cv-00264-BRW   Hirvela et al v. Wyeth Inc et al
4:08-cv-00265-BRW   Chambers et al v. Wyeth Inc et al
4:08-cv-00266-BRW   Joffrion v. Wyeth et al

4:08-cv-00289-BRW   Hill v. Wyeth et al
4:08-cv-00296-BRW   Pugh v. Wyeth Inc et al
4:08-cv-00297-BRW   Ogens v. Wyeth et al
4:08-cv-00310-BRW   Grant-Hylton v. Wyeth et al
4:08-cv-00311-BRW   Duke v. Wyeth et al

4:08-cv-00312-BRW   Brinkley v. Wyeth et al
4:08-cv-00313-BRW   Case v. Wyeth et al
4:08-cv-00314-BRW   Deavers v. Wyeth et al
4:08-cv-00322-BRW   Martin v. Wyeth et al
4:08-cv-00330-BRW   Reed v. Wyeth et al

4:08-cv-00332-BRW  Cerinetti et al v. Wyeth et al
4:08-cv-00343-BRW  Becker et al v. Wyeth Inc et al
4:08-cv-00344-BRW  Meir et al v. Wyeth Inc et al
4:08-cv-00348-BRW  Kalbfleisch et al v. Wyeth Inc et al
4:08-cv-00350-BRW  Fratzke v. Wyeth Inc et al

4:08-cv-00394-BRW  Grace v. Wyeth et al
4:08-cv-00396-BRW  Trost v. Wyeth et al
4:08-cv-00418-BRW  Zidlick v. Wyeth et al
4:08-cv-00420-BRW  Slezak v. Wyeth Inc et al
4:08-cv-00435-BRW  Hall v. Wyeth et al

4:08-cv-00445-BRW  Sharp et al v. Wyeth et al
4:08-cv-00461-BRW  Cochran v. Wyeth Inc et al
4:08-cv-00465-BRW  Johnson v. Wyeth Inc et al
4:08-cv-00495-BRW  Brooks v. Wyeth Inc et al
4:08-cv-00528-BRW  Pfaff v. Wyeth Inc et al

4:08-cv-00551-BRW  Harrison et al v. Wyeth et al
4:08-cv-00554-BRW  Miller v. Wyeth et al
4:08-cv-00565-BRW  Lowe v. Wyeth et al
4:08-cv-00605-BRW  Stedman et al v. Wyeth et al
4:08-cv-00625-BRW  Stoe et al v. Wyeth et al

4:08-cv-00632-BRW  Sauer et al v. Wyeth et al
4:08-cv-00678-BRW  Harwell v. Wyeth et al
4:08-cv-00693-BRW  Erger v. Wyeth et al
4:08-cv-00776-BRW  Carpenter v. Wyeth et al
4:08-cv-00859-BRW  Mills v. Wyeth et al

4:08-cv-00863-BRW  Savage v. Wyeth et al
4:08-cv-00867-BRW  Camp v. Wyeth et al
4:08-cv-00869-BRW  Touchstone v. Wyeth et al
4:08-cv-00872-BRW  Scholl v. Wyeth et al
4:08-cv-00874-BRW  Valovich v. Wyeth et al

4:08-cv-00923-BRW  Williams v. Wyeth Inc et al
4:08-cv-01079-BRW  Lawnsdale v. Wyeth et al
4:08-cv-01082-BRW  Bogler v. Wyeth et al
4:08-cv-01086-BRW  Haber v. Wyeth et al
4:08-cv-01161-BRW  Hickerson et al v. Wyeth Inc et al

4:08-cv-01166-BRW  Mitchener v. Wyeth Inc et al
4:08-cv-01194-BRW  Steinhardt v. Wyeth et al
4:08-cv-01195-BRW  Pruett et al v. Wyeth et al
4:08-cv-01211-BRW  Bot v. Wyeth et al
4:08-cv-01246-BRW  Shaker v. Wyeth et al

4:08-cv-01250-BRW  McCann v. Wyeth et al
4:08-cv-01284-BRW  Andres et al v. Wyeth et al
4:08-cv-01297-BRW  Lunde et al v. Wyeth
4:08-cv-01310-BRW  Daher v. Wyeth et al
4:08-cv-01316-BRW  Perez v. Wyeth Inc

4:08-cv-01361-BRW  Roberts v. Wyeth Inc et al
4:08-cv-01378-BRW  Jones v. Wyeth et al
4:08-cv-01414-BRW  Dybvig v. Wyeth Inc et al
4:08-cv-01425-BRW  Gaio v. Wyeth Inc et al
4:08-cv-01433-BRW  Pieprzny v. Wyeth Inc et al

4:08-cv-01436-BRW  Johnson v. Wyeth Inc et al
4:08-cv-01444-BRW  Bortel v. Wyeth et al
4:08-cv-01445-BRW  Jacks v. Wyeth Inc et al
4:08-cv-01446-BRW  Griesing v. Wyeth et al
4:08-cv-01447-BRW  Hoffman v. Wyeth et al

4:08-cv-01448-BRW  Kelly v. Wyeth et al
4:08-cv-01449-BRW  Larson v. Wyeth et al
4:08-cv-01522-BRW  Adkins v. Wyeth et al
4:08-cv-01548-BRW  Olson v. Wyeth et al
4:08-cv-01552-BRW  Kuntz v. Wyeth Inc et al

4:08-cv-01628-BRW  Francis v. Pfizer Inc et al
4:08-cv-01815-BRW  Love v. Wyeth Inc et al
4:08-cv-01817-BRW  Ferreira et al v. Wyeth et al
4:08-cv-01818-BRW  Ruggles v. Wyeth et al
4:08-cv-01819-BRW  Martino et al v. Wyeth et al

4:08-cv-01820-BRW  Green et al v. Wyeth et al
4:08-cv-01821-BRW  Geyer et al v. Wyeth et al
4:08-cv-01833-BRW  Paquin v. Mylan Laboratories Inc
4:08-cv-01834-BRW  Posey v. Qualitest Pharmaceuticals Inc
4:08-cv-01837-BRW  Gray et al v. Wyeth et al

4:08-cv-01840-BRW  Reed et al v. Wyeth et al
4:08-cv-01841-BRW  Fox v. Wyeth et al
4:08-cv-01842-BRW  Bowling v. Wyeth et al
4:08-cv-01858-BRW  Long v. Wyeth et al
4:08-cv-01859-BRW  Surenyan v. Wyeth et al

4:08-cv-01863-BRW  Bennett et al v. Wyeth Inc et al
4:08-cv-01867-BRW  Ewick v. Wyeth Inc et al
4:08-cv-01878-BRW  McAloon v. Wyeth Inc et al
4:08-cv-01882-BRW  McClain v. Wyeth Inc et al
4:08-cv-01883-BRW  Micheletti et al v. Wyeth Inc et al